# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIE TERRANCE EDWARDS

NO. 2024 KW 0211

**JUNE 3, 2024**

---

In Re:   Elie Terrance Edwards, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 85114-F.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT